AFFIDAVIT OF SERVICE

| Case:<br>2:22-cv-02123-CDB | Court:<br>UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA | County: | Job:<br>8234193 (2:22-cv-02123-CDB) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Smoketree Holding, LLC | | **Defendant / Respondent:**<br>Daniel Apke ; Jane Doe Apke ; RonApke ; Jane Doe Apke II ; LandInvesting Online, LLC | |
| **Received by:**<br>Buckeye Attorney & Courier Service | | **For:**<br>Denton Peterson Dunn | |
| **To be served upon:**<br>Land Investing Online, LLC | | | |

I, John Richards, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Jacqueline Snyder, Paralegal, Company: 6545 Market Ave N 100, Canton, OH 44721-2430

**Manner of Service:**   Authorized, Jan 17, 2023, 11:19 am EST

**Documents:**   Summons and Complaint, Civil Case Cover Sheet, Corporate Disclosure Statement (Received Jan 16, 2023 at 1:21pm EST)

**Additional Comments:**

1) Successful Attempt: Jan 17, 2023, 11:19 am EST at Company: 6545 Market Ave N 100, Canton, OH 44721-2430 received by Jacqueline Snyder, Paralegal. Age: 35; Ethnicity: African American; Gender: Female; Weight: 140; Height: 5'5"; Hair: Black; Eyes: Brown; Other: Jacqueline Snyder, Paralegal, was cooperative and signed for service. ;

John Richards          1/19/23
                       Date

A Precision Investigation & Consulting, LLC
8216 Princeton-Glendale Rd., Ste 260
West Chester, OH 45069