| | |
|---|---|
| Name | Brett A. Schatz |
| Bar # | OH 0072038 |
| Firm | Wood Herron & Evans LLP |
| Address | 600 Vine Street, Suite 2800 |
| | Cincinnati, Ohio 45202 |
| Telephone | 513-241-2324 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Smoketree Holding, LLC,

    Plaintiff,

vs.

Daniel Apke, et al.,

    Defendant.

**Case No.** CV-22-2123-PHX-DLR

**Corporate Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of _Daniel Apke, Ron Apke, and Land Investing Online, LLC_ in compliance with the provisions of: *(check one)*

☑    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐    Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐    Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

[✔] No such corporation.

[ ] Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

[ ] _____Relationship_____

Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

[ ] Other(please explain)

_____
_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this  23rd   day of March          , 2023   .

s/Brett A. Schatz
_____
Counsel of Record
Wood Herron & Evans, LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
bschatz@whe-law.com
(513) 241-2324